# Copyrights-In-Suit for IP Address 24.211.15.162

**ISP:** Time Warner Cable
**Location:** Oak Creek, WI

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| A Hot Number | PA0001878456 | 01/30/2014 | 02/18/2014 | 02/07/2014 |
| A Wonderful World | PA0001847651 | 05/27/2013 | 06/17/2013 | 02/27/2014 |
| All About Anna | PA0001886195 | 03/25/2014 | 04/02/2014 | 04/02/2014 |
| All Oiled Up | PA0001885187 | 03/15/2014 | 03/24/2014 | 03/21/2014 |
| Au Paradis | PA0001895846 | 05/05/2014 | 05/16/2014 | 05/09/2014 |
| Blindfold Me Baby | PA0001902971 | 05/30/2014 | 06/06/2014 | 06/06/2014 |
| Body Language | PA0001868096 | 10/26/2013 | 11/01/2013 | 02/26/2014 |
| Deep Blue Passion | PA0001885168 | 03/21/2014 | 03/24/2014 | 03/24/2014 |
| Double Tease | PA0001892183 | 04/17/2014 | 04/29/2014 | 04/19/2014 |
| Epic Love | PA0001898091 | 05/25/2014 | 06/06/2014 | 05/26/2014 |
| Fascination With My Body | PA0001885189 | 03/17/2014 | 03/24/2014 | 03/21/2014 |
| Fashion Fantasy | PA0001885185 | 03/13/2014 | 03/24/2014 | 03/15/2014 |
| Floating Emotions | PA0001887126 | 04/05/2014 | 04/07/2014 | 04/11/2014 |
| From Three to Four Part 2 | PA0001902970 | 06/01/2014 | 06/06/2014 | 06/06/2014 |
| Getting Ready For You | PA0001874744 | 01/10/2014 | 01/15/2014 | 01/17/2014 |
| Good Night Kiss | PA0001872970 | 12/08/2013 | 12/11/2013 | 12/21/2013 |
| Hot Orgasm | PA0001903922 | 06/03/2014 | 06/12/2014 | 06/06/2014 |
| I Am In the Mood | PA0001880672 | 02/25/2014 | 02/27/2014 | 02/26/2014 |
| I Love James Deen | PA0001860982 | 08/20/2013 | 09/10/2013 | 12/24/2013 |
| In for the Night | PA0001874670 | 01/06/2014 | 01/06/2014 | 01/06/2014 |
| Insanely Gorgeous | PA0001885205 | 03/19/2014 | 03/24/2014 | 03/21/2014 |

| Title | Registration Number | Date of First Publication | Registration Date | Most Recent Hit UTC |
|---|---|---|---|---|
| Just Watch Part 2 | PA0001902964 | 05/27/2014 | 06/06/2014 | 05/28/2014 |
| Knock On My Door | PA0001895763 | 05/09/2014 | 05/16/2014 | 05/19/2014 |
| Model Couple on Vacation | PA0001874613 | 12/17/2013 | 12/26/2013 | 12/21/2013 |
| Morning Glory | PA0001902968 | 05/29/2014 | 06/06/2014 | 06/06/2014 |
| My Days in Rome | PA0001886187 | 03/28/2014 | 04/02/2014 | 04/02/2014 |
| No Turning Back Part #1 | PA0001874524 | 12/21/2013 | 12/30/2013 | 12/30/2013 |
| No Turning Back Part #2 | PA0001874525 | 12/27/2013 | 12/30/2013 | 12/30/2013 |
| Not Alone | PA0001889410 | 04/09/2014 | 04/15/2014 | 04/11/2014 |
| Perfect Timing | PA0001895848 | 05/07/2014 | 05/16/2014 | 05/09/2014 |
| Pink Perfection | PA0001887098 | 04/07/2014 | 04/07/2014 | 04/11/2014 |
| Pretty Little Belle | PA0001878425 | 02/09/2014 | 02/13/2014 | 02/11/2014 |
| Rope Priority | PA0001895760 | 05/11/2014 | 05/16/2014 | 05/19/2014 |
| Russian Connection | PA0001886189 | 03/30/2014 | 04/02/2014 | 04/02/2014 |
| Sex With Glasses | PA0001903914 | 06/05/2014 | 06/12/2014 | 06/06/2014 |
| Slippery Sensations | PA0001895668 | 05/15/2014 | 05/16/2014 | 05/22/2014 |
| So Right Its Wrong | PA0001872084 | 12/01/2013 | 12/04/2013 | 12/30/2013 |
| Tantric Massage | PA0001892180 | 04/25/2014 | 04/29/2014 | 04/26/2014 |
| This Side of Paradise | PA0001802603 | 08/19/2012 | 08/21/2012 | 12/24/2013 |
| Three Way is the Best Way | PA0001878426 | 02/04/2014 | 02/13/2014 | 02/11/2014 |
| Vacation Fantasy | PA0001814250 | 11/10/2012 | 11/28/2012 | 02/27/2014 |

**Total Malibu Media, LLC Copyrights Infringed: 41**